# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>**ROBERT S SNEDDEN JR**<br><br><br><br>Debtors. | In Chapter 13 Proceeding<br>Case No. 13-70750<br><br>**<u>WITHDRAWAL OF PROOF OF CLAIM(S) No. 11-2</u>**<br>BANKRUPTCY JUDGE:<br>JEFFERY A DELLER |

   **COMES NOW**, PRA Receivables Management, LLC, and, pursuant to Bankruptcy Rule 3006 of the Federal Rules of Bankruptcy Procedure, hereby withdraws the Proof of Claim filed for Synchrony Bank on November 1, 2016 in the amount of $86.36, the same being docketed as No. 11-2 on the Court's claims register.

   PRA RECEIVABLES MANAGEMENT, LLC hereby releases the Chapter 13 Trustee from any further liability for the above-mentioned Proof of Claim, and requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.


   Dated: This 7th day of November, 2016



PRA RECEIVABLES MANAGEMENT, LLC




   By:   /s/Valerie Smith


   As authorized agent for:
   SYNCHRONY BANK
   PO BOX 41021
   NORFOLK, VIRGINIA 23541

### Certificate of Service

I hereby certify that a copy of the foregoing was served electronically through the Court's ECF filing system to the following parties:

**KENNETH P SEITZ**
Attorney for debtors

**RONDA J WINNECOUR**
Chapter 13 Trustee

Dated:  This 7th day of November, 2016

/s/Valerie Smith
VALERIE SMITH
SYNCHRONY BANK
PO BOX 41021
NORFOLK, VIRGINIA 23541
TEL: (877) 829-8298
FAX: (757) 351-3257