# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CASE NO. 13-70750-JAD |
| Robert S. Snedden, Jr., | : |
| | : CHAPTER 13 |
| Debtor | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 3rd day of March, 2018, a true and correct copy of the Order dated March 1, 2018, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

THE MEADOWS PSYCHIATRIC CENTER
ATTN: KIM TATE
132 THE MEADOWS DRIVE
CENTRE HALL, PA 16828

ROBERT S. SNEDDEN, JR.
85 LINGLE STREET
OSCEOLA MILLS, PA 16666

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

| | |
|---|---|
| | Respectfully submitted, |
| Executed on: March 3, 2018 | /s/Kenneth P. Seitz, Esquire |
| | Kenneth P. Seitz, Esquire |
| | PA I.D. # 81666 |
| | The Law Offices of Kenny P. Seitz |
| | P. O. Box 211 |
| | Ligonier, PA 15658 |
| | (814) 536-7470 |
| | Attorney for Debtor |