# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :
                                          : CASE NO. 13-70750-JAD
**Robert S. Snedden, Jr.,**               :
                                          : **CHAPTER 13**
      **Debtor**        :
                                          :
                                          :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 3rd day of March, 2018, a true and correct copy of the Order dated March 1, 2018, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    ACRP
    131 MARKET STREET
    JOHNSTOWN, PA 15901

    ROBERT S. SNEDDEN, JR.
    85 LINGLE STREET
    OSCEOLA MILLS, PA 16666

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>March 3, 2018</u>

Respectfully submitted,
   /s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor