Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert S Snedden Jr.**
    Debtor(s)

Bankruptcy Case No.: 13–70750–JAD
Doc. #127
Chapter: 13
Docket No.: 128 – 127
Concil. Conf.: August 2, 2018 at 09:00 AM

## ORDER

   **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

   **IT IS HEREBY ORDERED** that, on or before **July 2, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

   1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

   2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

   **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

   On or before **July 16, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

   On **August 2, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

   If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

   This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.


Dated: May 16, 2018                              Jeffery A. Deller
                                                 United States Bankruptcy Judge
cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 13-70750-JAD
Robert S Snedden, Jr.                                             Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0315-7         User: skoz              Page 1 of 2         Date Rcvd: May 16, 2018
                             Form ID: 410            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db            +Robert S Snedden, Jr.,    85 Lingle Street,    Osceola Mills, PA 16666-1702
13733698      +Aes/M&T Elt - Pheaa,    1200 N 7th St,   Harrisburg, PA 17102-1419
13733699      +Amazon/Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13733701     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bank Of America,    Po Box 982235,   El Paso, TX 79998)
13809589       Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13733702      +Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13733703      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13733704      +Clearfield Bank & Trus,    11 N 2nd St,   Clearfield, PA 16830-2443
13733705      +Comenity Bank/Vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
13740535     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court:   Dell Financial Services, LLC,    Resurgent Capital Services,
                PO Box 10390,   Greenville, SC 29603-0390)
13984206       ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13779762      +M&T Bank,   PO Box 1508,    Buffalo, New York 14240-1508
13753073      +PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2018 01:56:14
               PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
13733707      +E-mail/Text: electronicbkydocs@nelnet.net May 17 2018 01:53:26     Dept Of Education/Neln,
               121 S 13th St,   Lincoln, NE 68508-1904
13810342       E-mail/PDF: gecsedi@recoverycorp.com May 17 2018 01:56:11      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13733708      +E-mail/PDF: gecsedi@recoverycorp.com May 17 2018 01:56:11      Gecrb/Home Design Hvac,
               950 Forrer Blvd,   Kettering, OH 45420-1469
13733709      +E-mail/PDF: gecsedi@recoverycorp.com May 17 2018 01:56:11      Gecrb/Lowes,   Po Box 965005,
               Orlando, FL 32896-5005
13733710      +E-mail/Text: bnckohlsnotices@becket-lee.com May 17 2018 01:52:45     Kohls/Capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
13733711       E-mail/Text: camanagement@mtb.com May 17 2018 01:52:52      M&T Bank,
               Lending Services, Customer Support,    P.O. Box 900,   Millsboro, DE 19966
13776813       E-mail/Text: camanagement@mtb.com May 17 2018 01:52:52      M&T Mortgage Corporation,
               One Fountain Plaza,   7th Floor - Payment Processing,    Buffalo, NY 14203-1495
13748441      +E-mail/Text: electronicbkydocs@nelnet.net May 17 2018 01:53:26
               Nelnet on behalf of the U.S. Dept. of ED,    US Department of Education,
               3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
13801536       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2018 01:56:13
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13742492       E-mail/Text: bnc-quantum@quantum3group.com May 17 2018 01:52:55
               Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
14315429      +E-mail/PDF: gecsedi@recoverycorp.com May 17 2018 01:56:12      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             M&T BANK
cr*            ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
13733700*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bank of America,    P.O. Box 15019,   Wilmington, DE 19886)
13733706*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court:   Dell Preferred Account,    Payment Processing Center,   P.O. Box 6403,
                Carol Stream, IL 60197)
                                                                                           TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: skoz              Page 2 of 2            Date Rcvd: May 16, 2018
                              Form ID: 410            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor Robert S Snedden, Jr. thedebterasers@aol.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                  TOTAL: 6
```