# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | ROBERT S SNEDDEN |
| Case Number: | 13-70750-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 02, 2018 09:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
8/3/18 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#127 - Trustee's Certificate of Default to Dismiss
+Response by Debtor
R / M #:   127 / 0

### Appearances:

Debtor: Seitz
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*[handwritten: Defaults result of loss of employment & medical issues.]*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

*[handwritten: COD (#127) withdrawn per proposed order.]*

7/25/2018   3:46:40PM