UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ROBERT S SNEDDEN, JR.<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>ROBERT S SNEDDEN, JR.<br><br>Respondent(s) | Case No. 13-70750JAD<br>Chapter 13<br><br>Related to Document No. 127 |

## ORDER

AND NOW, this __3rd__ day of _____August_____, 20_18_, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐  This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐  This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.  Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.  This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

    C.    The Clerk shall give notice to all creditors of this dismissal.

    D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

    E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

    (1)    the time deadline provided by state law; or

    (2)    30 days after the date of this notice.

☐ This case is not dismissed. The plan term is extended to a total of __ months; the monthly plan payment amount is changed to $_____ effective_____ .

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☒ Other: _____

The Trustee shall adjust the plan base and amount to be current to reflect the total paid into the plan through the end of the current month.

FILED
8/3/18 4:17 pm
CLERK
U.S. BANKRUPTCY
Dated :   COURT - WDPA

BY THE COURT:

_____
United States Bankruptcy Judge

Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert S Snedden, Jr.  
    Debtor

Case No. 13-70750-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: jhel     Page 1 of 2     Date Rcvd: Aug 03, 2018  
                 Form ID: pdf900     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2018.
```
db            +Robert S Snedden, Jr.,    85 Lingle Street,    Osceola Mills, PA 16666-1702
13733698      +Aes/M&T Elt - Pheaa,    1200 N 7th St,    Harrisburg, PA 17102-1419
13733699      +Amazon/Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13733701     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13809589       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13733702      +Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13733703      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13733704      +Clearfield Bank & Trus,    11 N 2nd St,    Clearfield, PA 16830-2443
13740535     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                PO Box 10390,    Greenville, SC 29603-0390)
13984206       ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13779762      +M&T Bank,    PO Box 1508,    Buffalo, New York 14240-1508
13753073      +PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2018 02:15:43
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13733705      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 04 2018 02:02:42     Comenity Bank/Vctrssec,
               Po Box 182789,    Columbus, OH 43218-2789
13733707      +E-mail/Text: electronicbkydocs@nelnet.net Aug 04 2018 02:03:13     Dept Of Education/Neln,
               121 S 13th St,    Lincoln, NE 68508-1904
13810342       E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2018 02:14:17     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13733708      +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2018 02:15:21     Gecrb/Home Design Hvac,
               950 Forrer Blvd,    Kettering, OH 45420-1469
13733709      +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2018 02:14:18     Gecrb/Lowes,    Po Box 965005,
               Orlando, FL 32896-5005
13733710      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 04 2018 02:02:26     Kohls/Capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13733711       E-mail/Text: camanagement@mtb.com Aug 04 2018 02:02:33     M&T Bank,
               Lending Services, Customer Support,    P.O. Box 900,    Millsboro, DE 19966
13776813       E-mail/Text: camanagement@mtb.com Aug 04 2018 02:02:33     M&T Mortgage Corporation,
               One Fountain Plaza,    7th Floor - Payment Processing,    Buffalo, NY 14203-1495
13748441      +E-mail/Text: electronicbkydocs@nelnet.net Aug 04 2018 02:03:13
               Nelnet on behalf of the U.S. Dept. of ED,    US Department of Education,
               3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
13801536       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2018 02:44:54
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13742492       E-mail/Text: bnc-quantum@quantum3group.com Aug 04 2018 02:02:49
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14315429      +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2018 02:15:21     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                             TOTAL: 13
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             M&T BANK
cr*            ECMC,   P.O. Box 16408,    St. Paul, MN  55116-0408
13733700*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 15019,    Wilmington, DE 19886)
13733706*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Preferred Account,    Payment Processing Center,    P.O. Box 6403,
                Carol Stream, IL 60197)
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-7          User: jhel              Page 2 of 2              Date Rcvd: Aug 03, 2018
                              Form ID: pdf900         Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2018 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
         James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
         Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
         Kenneth P. Seitz    on behalf of Debtor Robert S Snedden, Jr. thedebterasers@aol.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 6
```