# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT S SNEDDEN, JR.                          Case No. 13-70750JAD

        Debtor(s)
RONDA J. WINNECOUR,                            Chapter 13
Standing Chapter 13 Trustee,

        Movant                          Document No __
   vs.
GE CAPITAL RETAIL BANK++

        Respondents

## NOTICE OF FUNDS ON RESERVE

    The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    Mail sent to the payment address listed on the proof of claim has been returned by the U.S. Postal Service as undeliverable.

GE CAPITAL RETAIL BANK++                       Court claim# 11/Trustee CID# 22
C/O RECOVERY MANAGEMENT SYSTEMS
CORP
25 SE 2ND AVE STE 1120
MIAMI, FL 33131-1605

The Movant further certifies that on 09/12/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                    /s/ Ronda J. Winnecour
                                                  RONDA J WINNECOUR PA ID #30399
                                                  CHAPTER 13 TRUSTEE WD PA
                                                  600 GRANT STREET
cc: debtor(s)                                  SUITE 3250 US STEEL TWR
    original creditor                        PITTSBURGH, PA  15219
    putative creditor                        (412) 471-5566
    counsel for debtor(s)                    cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

| | |
|---|---|
| DEBTOR(S):<br>ROBERT S SNEDDEN, JR., 85 LINGLE STREET, OSCEOLA MILLS, PA  16666 | DEBTOR'S COUNSEL:<br>KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA  15658 |
| ORIGINAL CREDITOR:<br>GE CAPITAL RETAIL BANK++, C/O RECOVERY MANAGEMENT SYSTEMS CORP, 25 SE 2ND AVE STE 1120, MIAMI, FL  33131-1605 | :<br>PRA RECEIVABLES MANAGEMENT LLC, ATTN BANKRUPTCY DEPT, 5425 ROBIN HOOD RD STE 201, NORFOLK, VA  23513 |
| NEW CREDITOR: | |