**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

09/13/2018

IN RE:

ROBERT S SNEDDEN, JR.
85 LINGLE STREET
OSCEOLA MILLS, PA 16666
XXX-XX-7364          Debtor(s)

Case No.13-70750 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/13/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Account Info |
|---|---|---|
| **M & T BANK**<br>7TH FL PAYMENT PROCESSING<br>ONE FOUNTAIN PLAZA<br>BUFFALO, NY  14203-1495 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 0.00<br>COMMENT: LOAN MDF@CID 29*CL=$74,868.40*BGN 11/13*W/26,27 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 0944 |
| **M & T BANK**<br>POB 900<br>MILLSBORO, DE  19966 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: REMVD CLOSING COST/PL*UNS/CL@CID 28/RJB NOTES~DK | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 9524 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:3  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 30,126.91<br>COMMENT: 0008/SCH*M AND T ELT*EMPLYMNT/SCH*FR PHEAA-DOC 76 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7364 |
| **AES/PHEAA****<br>POB 8147**<br>HARRISBURG, PA  17105 | Trustee Claim Number:4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: M&T ELT*EMPLYMNT? | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0009 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 1,259.62<br>COMMENT: CHASE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6228 |
| **BANK OF AMERICA****<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br>NEWARK, DE  19713 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...5855 |
| **BANK OF AMERICA****<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br>NEWARK, DE  19713 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5855 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 1,948.35<br>COMMENT: CHASE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4199 |
| **CITIBANK NA(*)**<br>4740 121ST ST<br>URBANDALE, IA  50323 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...7537 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 738.79<br>COMMENT: VICTORIA'S SECRET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2150 |

| Creditor | Claim Info | Details |
|---|---|---|
| **DELL FINANCIAL SERVICES LLC**<br>C/O RESURGENT CAP SVCS<br>POB 10390<br>GREENVILLE, SC  29603-0390 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  1,407.18<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5445 |
| **NELNET O/B/O US DEPT OF EDUCATION**<br>C/O US DEPARTMENT OF EDUCATION<br>PO BOX 740283<br>ATLANTA, GA  30374-2083 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  38,900.10<br>COMMENT:  5974/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7364 |
| **NELNET O/B/O US DEPT OF EDUCATION**<br>C/O US DEPARTMENT OF EDUCATION<br>PO BOX 740283<br>ATLANTA, GA  30374-2083 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*EMPLYMNT? | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0674 |
| **NELNET O/B/O US DEPT OF EDUCATION**<br>C/O US DEPARTMENT OF EDUCATION<br>PO BOX 740283<br>ATLANTA, GA  30374-2083 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*EMPLYMNT? | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...2774 |
| **NELNET O/B/O US DEPT OF EDUCATION**<br>C/O US DEPARTMENT OF EDUCATION<br>PO BOX 740283<br>ATLANTA, GA  30374-2083 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*EMPLYMNT? | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0274 |
| **NELNET O/B/O US DEPT OF EDUCATION**<br>C/O US DEPARTMENT OF EDUCATION<br>PO BOX 740283<br>ATLANTA, GA  30374-2083 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*EMPLYMNT? | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...2574 |
| **NELNET O/B/O US DEPT OF EDUCATION**<br>C/O US DEPARTMENT OF EDUCATION<br>PO BOX 740283<br>ATLANTA, GA  30374-2083 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*EMPLYMNT? | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...3774 |
| **NELNET O/B/O US DEPT OF EDUCATION**<br>C/O US DEPARTMENT OF EDUCATION<br>PO BOX 740283<br>ATLANTA, GA  30374-2083 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*EMPLYMNT? | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0574 |
| **NELNET O/B/O US DEPT OF EDUCATION**<br>C/O US DEPARTMENT OF EDUCATION<br>PO BOX 740283<br>ATLANTA, GA  30374-2083 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*EMPLYMNT? | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0474 |
| **NELNET O/B/O US DEPT OF EDUCATION**<br>C/O US DEPARTMENT OF EDUCATION<br>PO BOX 740283<br>ATLANTA, GA  30374-2083 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH*EMPLYMNT? | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...0174 |

**NELNET O/B/O US DEPT OF EDUCATION**
C/O US DEPARTMENT OF EDUCATION
PO BOX 740283

ATLANTA, GA 30374-2083

Trustee Claim Number: 21  INT %: 0.00%
Court Claim Number:

CLAIM: 0.00
COMMENT: NT ADR/SCH*EMPLYMNT?

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: ...2474

---

**GE CAPITAL RETAIL BANK++**
C/O RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVE STE 1120

MIAMI, FL 33131-1605

Trustee Claim Number: 22  INT %: 0.00%
Court Claim Number: 11

CLAIM: 86.36
COMMENT: HOME DESIGN*AMD CL@CL 11-2~W/DRWN@ DOC 105*NTC-RSV

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 8733

---

**PRA/PORTFOLIO RECOVERY ASSOC**
POB 12914

NORFOLK, VA 23541

Trustee Claim Number: 23  INT %: 0.00%
Court Claim Number: 9

CLAIM: 548.95
COMMENT: LOWES/GE CAPITAL

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 2569

---

**CAPITAL ONE NA****
C/O BECKET & LEE LLP
PO BOX 3001

MALVERN, PA 19355-0701

Trustee Claim Number: 24  INT %: 0.00%
Court Claim Number: 10

CLAIM: 253.05
COMMENT: KOHLS

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 9784

---

**CLEARFIELD BANK & TRUST CO.**
11 NORTH SECOND STREET

CLEARFIELD, PA 16830

Trustee Claim Number: 25  INT %: 0.00%
Court Claim Number:

CLAIM: 0.00
COMMENT:

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 1170554

---

**M & T BANK**
7TH FL PAYMENT PROCESSING
ONE FOUNTAIN PLAZA

BUFFALO, NY 14203-1495

Trustee Claim Number: 26  INT %: 0.00%
Court Claim Number: 5

CLAIM: 0.00
COMMENT: LOAN MDF@CID 29*1346.13/CL*THRU 10/13*W/1,27

CRED DESC: MORTGAGE ARR.
ACCOUNT NO.: 0944

---

**M & T BANK**
7TH FL PAYMENT PROCESSING
ONE FOUNTAIN PLAZA

BUFFALO, NY 14203-1495

Trustee Claim Number: 27  INT %: 0.00%
Court Claim Number: 5

CLAIM: 3,923.43
COMMENT: LOAN MDF@29*W/1,26*DKT

CRED DESC: MORTGAGE REGULAR PAYMEI
ACCOUNT NO.: 0944

---

**M & T BANK**
PO BOX 1508

BUFFALO, NY 14240

Trustee Claim Number: 28  INT %: 0.00%
Court Claim Number: 6

CLAIM: 3,629.71
COMMENT: SAME AS CLOSING COSTS SCH@CID 2~DK

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 7749

---

**M & T BANK**
7TH FL PAYMENT PROCESSING
ONE FOUNTAIN PLAZA

BUFFALO, NY 14203-1495

Trustee Claim Number: 29  INT %: 0.00%
Court Claim Number: 05

CLAIM: 0.00
COMMENT: PMT/DECL*BG 07/14*DKT4PMT-LMT*W/1,26,27*DKT

CRED DESC: MORTGAGE REGULAR PAYMEI
ACCOUNT NO.: 0944