Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert S Snedden Jr.**
Debtor(s)

Bankruptcy Case No.: 13−70750−JAD
Doc. #149
Chapter: 13
Docket No.: 150 − 149

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 26th of March, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/23/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/3/19 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/23/19.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 13-70750-JAD
Robert S Snedden, Jr.                                               Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0315-7          User: skoz              Page 1 of 2                  Date Rcvd: Mar 26, 2019
                              Form ID: 408            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
db             +Robert S Snedden, Jr.,    85 Lingle Street,    Osceola Mills, PA 16666-1702
13733698       +Aes/M&T Elt - Pheaa,    1200 N 7th St,    Harrisburg, PA 17102-1419
13733699       +Amazon/Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13733701      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX 79998)
13809589        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13733702       +Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13733703       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13733704       +Clearfield Bank & Trus,    11 N 2nd St,    Clearfield, PA 16830-2443
13740535      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,      Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13984206        ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13779762       +M&T Bank,   PO Box 1508,    Buffalo, New York 14240-1508
13753073       +PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 03:09:24
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13733705       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2019 03:06:01      Comenity Bank/Vctrssec,
                 Po Box 182789,   Columbus, OH 43218-2789
13733707       +E-mail/Text: electronicbkydocs@nelnet.net Mar 27 2019 03:06:39      Dept Of Education/Neln,
                 121 S 13th St,   Lincoln, NE 68508-1904
13810342        E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:08:25      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13733708       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:09:11      Gecrb/Home Design Hvac,
                 950 Forrer Blvd,   Kettering, OH 45420-1469
13733709       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:07:45      Gecrb/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
13733710       +E-mail/Text: bncnotices@becket-lee.com Mar 27 2019 03:05:44      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13733711        E-mail/Text: camanagement@mtb.com Mar 27 2019 03:05:55      M&T Bank,
                 Lending Services, Customer Support,    P.O. Box 900,    Millsboro, DE 19966
13776813        E-mail/Text: camanagement@mtb.com Mar 27 2019 03:05:55      M&T Mortgage Corporation,
                 One Fountain Plaza,   7th Floor - Payment Processing,     Buffalo, NY 14203-1495
13748441       +E-mail/Text: electronicbkydocs@nelnet.net Mar 27 2019 03:06:39
                 Nelnet on behalf of the U.S. Dept. of ED,    US Department of Education,
                 3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
13801536        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 03:07:54
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13742492        E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2019 03:06:08
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
14315429       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:07:45      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr*             ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
13733700*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 15019,    Wilmington, DE 19886)
13733706*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Preferred Account,     Payment Processing Center,   P.O. Box 6403,
                 Carol Stream, IL 60197)
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-7          User: skoz                  Page 2 of 2                Date Rcvd: Mar 26, 2019
                              Form ID: 408                Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
          Andrew F Gornall     on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
          James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor Robert S Snedden, Jr. thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 6
```