**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT S SNEDDEN, JR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:13-70750 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

March 25, 2019

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/18/2013 and confirmed on 1/3/14. The case was subsequently        Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 36,109.85 |
| Less Refunds to Debtor | 2.57 | |
| TOTAL AMOUNT OF PLAN FUND | | 36,107.28 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,000.00 | |
| Trustee Fee | 1,447.98 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,447.98 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0944 | | | | |
| M & T BANK | 3,923.43 | 3,923.43 | 0.00 | 3,923.43 |
| Acct: 0944 | | | | |
| M & T BANK | 0.00 | 25,350.86 | 0.00 | 25,350.86 |
| Acct: 0944 | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0944 | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9524 | | | | |
| | | | | 29,274.29 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT S SNEDDEN, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT S SNEDDEN, JR. | 2.57 | 2.57 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLERK, U S BANKRUPTCY COURT | 1.52 | 1.52 | 0.00 | 1.52 |
| Acct: XXXXXXXXXXXXXXXXXBANK | | | | |
| | | | | 1.52 |
| **Unsecured** | | | | |
| ECMC(*) | 30,126.91 | 528.85 | 0.00 | 528.85 |
| Acct: 7364 | | | | |
| AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0009 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,259.62 | 22.11 | 0.00 | 22.11 |
| Acct: 6228 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5855 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |

13-70750 JAD                                                                                          Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5855 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,948.35 | 34.20 | 0.00 | 34.20 |
| Acct: 4199 | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7537 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 738.79 | 12.97 | 0.00 | 12.97 |
| Acct: 2150 | | | | |
| DELL FINANCIAL SERVICES LLC | 1,407.18 | 24.70 | 0.00 | 24.70 |
| Acct: 5445 | | | | |
| NELNET O/B/O US DEPT OF EDUCATION | 38,900.10 | 682.86 | 0.00 | 682.86 |
| Acct: 7364 | | | | |
| NELNET O/B/O US DEPT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0674 | | | | |
| NELNET O/B/O US DEPT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2774 | | | | |
| NELNET O/B/O US DEPT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0274 | | | | |
| NELNET O/B/O US DEPT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2574 | | | | |
| NELNET O/B/O US DEPT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3774 | | | | |
| NELNET O/B/O US DEPT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0574 | | | | |
| NELNET O/B/O US DEPT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0474 | | | | |
| NELNET O/B/O US DEPT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0174 | | | | |
| NELNET O/B/O US DEPT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2474 | | | | |
| GE CAPITAL RETAIL BANK++ | 86.36 | 0.00 | 0.00 | 0.00 |
| Acct: 8733 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 548.95 | 9.64 | 0.00 | 9.64 |
| Acct: 2569 | | | | |
| CAPITAL ONE NA** | 253.05 | 4.44 | 0.00 | 4.44 |
| Acct: 9784 | | | | |
| CLEARFIELD BANK & TRUST CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0554 | | | | |
| M & T BANK | 3,629.71 | 63.72 | 0.00 | 63.72 |
| Acct: 7749 | | | | |
| | | | | 1,383.49 |

TOTAL PAID TO CREDITORS                                                                              30,659.30

TOTAL
CLAIMED         1.52
PRIORITY    3,923.43
SECURED    78,899.02


Date: 03/25/2019                                          /s/ Ronda J. Winnecour

                                                          RONDA J WINNECOUR PA ID #30399
                                                          CHAPTER 13 TRUSTEE WD PA
                                                          600 GRANT STREET
                                                          SUITE 3250 US STEEL TWR
                                                          PITTSBURGH, PA  15219
                                                          (412) 471-5566
                                                          cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   ROBERT S SNEDDEN, JR.<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>       Movant<br>     vs.<br>No Repondents. | Case No.:13-70750 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                           BY THE COURT:

                                                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 13-70750-JAD
Robert S Snedden, Jr.                                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: skoz              Page 1 of 2           Date Rcvd: Mar 26, 2019
                             Form ID: pdf900         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
db            +Robert S Snedden, Jr.,    85 Lingle Street,    Osceola Mills, PA 16666-1702
13733698      +Aes/M&T Elt - Pheaa,    1200 N 7th St,    Harrisburg, PA 17102-1419
13733699      +Amazon/Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13733701     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13809589       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13733702      +Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13733703      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13733704      +Clearfield Bank & Trus,    11 N 2nd St,    Clearfield, PA 16830-2443
13740535     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court:   Dell Financial Services, LLC,    Resurgent Capital Services,
                PO Box 10390,    Greenville, SC 29603-0390)
13984206       ECMC,   P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13779762      +M&T Bank,   PO Box 1508,    Buffalo, New York 14240-1508
13753073      +PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 03:20:50
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13733705      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2019 03:06:03       Comenity Bank/Vctrssec,
               Po Box 182789,    Columbus, OH 43218-2789
13733707      +E-mail/Text: electronicbkydocs@nelnet.net Mar 27 2019 03:06:39       Dept Of Education/Neln,
               121 S 13th St,    Lincoln, NE 68508-1904
13810342       E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:08:26       GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13733708      +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:08:26       Gecrb/Home Design Hvac,
               950 Forrer Blvd,    Kettering, OH 45420-1469
13733709      +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:07:46       Gecrb/Lowes,   Po Box 965005,
               Orlando, FL 32896-5005
13733710      +E-mail/Text: bncnotices@becket-lee.com Mar 27 2019 03:05:45       Kohls/Capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13733711       E-mail/Text: camanagement@mtb.com Mar 27 2019 03:05:55       M&T Bank,
               Lending Services, Customer Support,    P.O. Box 900,    Millsboro, DE 19966
13776813       E-mail/Text: camanagement@mtb.com Mar 27 2019 03:05:55       M&T Mortgage Corporation,
               One Fountain Plaza,    7th Floor - Payment Processing,    Buffalo, NY 14203-1495
13748441      +E-mail/Text: electronicbkydocs@nelnet.net Mar 27 2019 03:06:39
               Nelnet on behalf of the U.S. Dept. of ED,    US Department of Education,
               3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
13801536       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 03:09:28
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13742492       E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2019 03:06:09
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14315429      +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 03:08:26       Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             M&T BANK
cr*            ECMC,   P.O. Box 16408,    St. Paul, MN  55116-0408
13733700*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bank of America,    P.O. Box 15019,    Wilmington, DE 19886)
13733706*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court:   Dell Preferred Account,    Payment Processing Center,    P.O. Box 6403,
                Carol Stream, IL 60197)
                                                                                              TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-7           User: skoz                 Page 2 of 2               Date Rcvd: Mar 26, 2019
                               Form ID: pdf900            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
          Andrew F Gornall     on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
          James  Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor Robert S Snedden, Jr. thedebterasers@aol.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                            TOTAL: 6
```