IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
    ROBERT S SNEDDEN, JR.

        Debtor(s)

  Ronda J. Winnecour
        Movant
    vs.
  No Repondents.

Case No.:13-70750 JAD

Chapter 13

Related to Document No.: 149

ORDER OF COURT

    AND NOW, this \_\_\_25th\_\_\_ day of \_\_\_April\_\_\_, 20\_19\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_[signature]_ sjk

U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
4/25/19 8:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert S Snedden, Jr.  
    Debtor

Case No. 13-70750-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: lfin                    Page 1 of 2                    Date Rcvd: Apr 25, 2019
                           Form ID: pdf900                Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.

```
db             +Robert S Snedden, Jr.,    85 Lingle Street,    Osceola Mills, PA 16666-1702
13733698       +Aes/M&T Elt - Pheaa,    1200 N 7th St,    Harrisburg, PA 17102-1419
13733699       +Amazon/Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13733700      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    P.O. Box 15019,    Wilmington, DE 19886)
13809589        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13733702       +Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13733703       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13733704       +Clearfield Bank & Trus,    11 N 2nd St,    Clearfield, PA 16830-2443
13740535      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13984206        ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13779762       +M&T Bank,    PO Box 1508,    Buffalo, New York 14240-1508
13753073       +PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2019 02:43:02
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13733705       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 26 2019 02:16:56      Comenity Bank/Vctrssec,
                 Po Box 182789,    Columbus, OH 43218-2789
13733707       +E-mail/Text: electronicbkydocs@nelnet.net Apr 26 2019 02:17:17      Dept Of Education/Neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
13810342        E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2019 02:21:31      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13733708       +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2019 02:21:31      Gecrb/Home Design Hvac,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
13733709       +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2019 02:21:54      Gecrb/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
13733710       +E-mail/Text: bncnotices@becket-lee.com Apr 26 2019 02:16:51      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13733711        E-mail/Text: camanagement@mtb.com Apr 26 2019 02:16:56      M&T Bank,
                 Lending Services, Customer Support,    P.O. Box 900,    Millsboro, DE 19966
13776813        E-mail/Text: camanagement@mtb.com Apr 26 2019 02:16:56      M&T Mortgage Corporation,
                 One Fountain Plaza,    7th Floor - Payment Processing,    Buffalo, NY 14203-1495
13748441       +E-mail/Text: electronicbkydocs@nelnet.net Apr 26 2019 02:17:17
                 Nelnet on behalf of the U.S. Dept. of ED,    US Department of Education,
                 3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
13801536        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2019 02:21:59
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13742492        E-mail/Text: bnc-quantum@quantum3group.com Apr 26 2019 02:17:00
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14315429       +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2019 02:21:54      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 13
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr              M&T BANK
cr*             ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
13733701*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13733706*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Preferred Account,    Payment Processing Center,    P.O. Box 6403,
                 Carol Stream, IL 60197)
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-7           User: lfin                    Page 2 of 2                   Date Rcvd: Apr 25, 2019
                               Form ID: pdf900               Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor Robert S Snedden, Jr. thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                     TOTAL: 6
```